IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PARASTU SHARIFI,** | : | |
| | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | **No. 21-2873** |
| | : | |
| **AMERICAN RED CROSS, et al.,** | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 12th day of January, 2022, upon consideration of Defendants ARC, Brian Carey, Gabe Encarnation, and Lisa Scaramuzzo's Motion to Dismiss (ECF No. 19) and Defendant HPAE's Motion to Dismiss (ECF No. 20), it is hereby ORDERED that the Motions (ECF Nos. 19 and 20) are **GRANTED IN PART AND DENIED IN PART**, as follows:

- Count One is dismissed against ARC without prejudice and against HPAE with prejudice;

- As to Count Two,

    o Plaintiff's Title VII claim is dismissed against HPAE without prejudice and against the individually named Defendants with prejudice;

- o Plaintiff's ADEA claim is dismissed against all Defendants, without prejudice as to ARC, with prejudice as to HPAE and the individually named Defendants;

- o Plaintiff's Section 1981 claim is dismissed against all Defendants without prejudice;

- Count Three is dismissed against all Defendants with prejudice;

- Count Four is dismissed against all Defendants with prejudice.

Plaintiff shall have until **12:00 p.m. on February 11, 2022** to file an amended complaint.

                                               **BY THE COURT:**

                                               /s/ Chad F. Kenney
                                               **CHAD F. KENNEY, JUDGE**