## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARASTU SHARIFI, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN RED CROSS, et al., | : | |
| *Defendants.* | : | NO. 21-cv-02873 |

# ORDER

**AND NOW,** this **21st day of June 2022**, upon consideration of *pro se* Plaintiff's Second Motion for Leave to file a Third Amended Complaint (ECF No. 49), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1