IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PARASTU SHARIFI,** | : | |
| | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | **No. 21-2873** |
| | : | |
| **AMERICAN RED CROSS, et al.,** | : | |
| | : | |
| *Defendants.* | : | |

### ORDER

**AND NOW**, this **1st** day of **August 2022**, upon consideration of Defendant American Red Cross' Partial Motion to Dismiss (ECF No. 41) and Defendant Health Professional & Allied Employees' ("HPAE") Motion to Dismiss (ECF No. 42), as well as Plaintiff's failure to respond to either motion, it is hereby **ORDERED** that the Motions are **GRANTED** as follows:

1. Plaintiff's Claim Two alleging Intentional Discrimination and Wrongful Discharge in violation of Title VII of the Civil Rights Act of 1964, Title I of the Civil Rights Act of 1991, Age Discrimination in Employment Act of 1967 (ADEA), Title 29 CFR § 1607.11, and 42 U.S.C. 1981a is **DISMISSED WITH PREJUDICE** as to both Defendant American Red Cross and Defendant HPAE.

2. The Clerk of Court is instructed to terminate Defendant HPAE in this matter.

Defendant American Red Cross must submit its Answer to the sole remaining claim, Claim One alleging violation of Fair Labor Standards Act (FLSA) as to Defendant American Red Cross, [1] **on or before Monday, August 15, 2022**.

                                                              **BY THE COURT:**

                                                              /s/ Chad F. Kenney
                                                              **CHAD F. KENNEY, JUDGE**

---

[1] The Court previously dismissed this Claim with prejudice as to Defendant HPAE in its Order dated January 12, 2022. ECF No. 23. The Court reminds Plaintiff that this Claim may not be raised with respect to Defendant HPAE and the Court will not consider any accusations against Defendant HPAE related to claims that have ben dismissed with prejudice.