#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PARASTU SHARIFI,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 21-2873 |
| | : | |
| **AMERICAN RED CROSS,** *et al* | : | |
| *Defendants.* | : | |

### SCHEDULING ORDER

**AND NOW**, this **14th** day of **September 2022,** following a pretrial conference held on this same day, it is hereby **ORDERED** as follows:

1. The above captioned case is hereby referred to Magistrate Judge David R Strawbridge for the scheduling of a settlement conference.

2. All motions to amend the pleadings and to join or add additional parties shall be filed by **12:00 p.m. on October 5, 2022**.

3. All fact discovery shall be completed by **December 13, 2022**. Any motion related to a discovery dispute must be filed at least **fourteen (14) days** before the deadline for fact discovery.

4. Expert reports shall be due by **December 23, 2022.**

5. Rebuttal expert reports shall be due by **January 6, 2023.**

6. Expert discovery, if any, shall be completed by **January 20, 2023**.

7. Any motions for summary judgment and *Daubert* motions shall be filed on or before **February 3, 2023 at 12:00 p.m.**[1] Response(s) to any such motion shall be filed within **twenty-one (21)** days of service of the motion.

8. All trial exhibits shall be marked and exchanged on or before **March 13, 2023**.

9. Motions in limine shall be due by **12:00 p.m. on March 20, 2023**. The responses to any motions in limine shall be filed and served within **seven (7) days** after service of the motion.

10. All parties are to prepare and file with the Clerk of Court their Final Pretrial Memoranda, which must include proposed Points for Charge, proposed voir dire, and proposed Verdict Slip and the information required by Local Rule of Civil Procedure 16.1(c) on or before **April 3, 2023.** Counsel must also follow the Court's guidelines for Final Pretrial Memoranda (*see* Judge Kenney's Policies and Procedures for Counsel at § G).

11. A date certain jury trial will commence on **April 17, 2023 at 9:00 a.m. in Courtroom 11B.** On the morning of trial, counsel are to supply the Court with two joint exhibit binders.

---

[1] Counsel are directed to review Judge Kenney's Policies and Procedures on the Court's website: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney in order to be familiar with the Court's requirements with respect to summary judgment motions. To that end, the Court directs the parties that, in both their submissions and responses, controlling legal opinions rendered by the United States Supreme Court and the Court of Appeals for the Third Circuit shall be cited to and discussed, whenever possible, to defend arguments in support of and/or in opposition to the motion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**