IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARASTU SHARIFI, | : | |
| | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | No. 21-2873 |
| | : | |
| AMERICAN RED CROSS, et al., | : | |
| | : | |
| *Defendants*. | : | |

# ORDER

**AND NOW**, this **20th day** of **July 2023**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 80), Plaintiff's Opposition to the Motion (ECF No. 83), and Defendant's Reply (ECF No. 84), it is hereby **ORDERED** that the Motion is **GRANTED**.

Accordingly, the Clerk of Court is hereby **ORDERED** to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1