UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-055

No. 23-2491

PARASTU SHARIFI,
Appellant

v.

AMERICAN RED CROSS; HEALTH PROFESSIONALS AND ALLIED EMPLOYEES, a/k/a Labor Union Local 5103

(E.D. Pa. No. 2-21-cv-02873)

Present: PORTER, Circuit Judge

1. Motion filed by Appellant Parastu Sharifi to dismiss case pursuant to Fed. R. App. P. 42(b) and request for refund of filing fee

Respectfully,
Clerk/lmr

ORDER

The foregoing motion is granted. The Clerk is directed to forward a copy of this order to the Clerk of the District Court for the refund of the filing fee.

By the Court,

s/ David J. Porter
Circuit Judge

Dated: February 22, 2024
Lmr/cc: Parastu Sharifi
All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate